UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

*******************************************************************************************

In re:

STEVEN WILLIAM NOETZEL,            JUDGMENT

        Debtor.

**************************************

CAPITAL ONE BANK,

        Plaintiff,                              BKY 02-91838

v.                                                ADV 02-9141

STEVEN WILLIAM NOETZEL,

        Defendant.

*******************************************************************************************

        This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

        1.     The Plaintiff shall recover from the Defendant the sum of $5,000.00, together with such costs and disbursements as the Plaintiff may tax hereafter pursuant to applicable statute and rule.

        2.     The debt evidenced by Term 1 of this judgment is excepted from the discharge granted to the Defendant on November 13, 2002, in BKY 02-91838.

Dated: February 19, 2003                     Patrick G. De Wane
At:    St. Paul, Minnesota.                  Clerk of Bankruptcy Court


                                                   By \e\ *Judy Brooks*
                                                   Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 2/19/03
Patrick G. De Wane, Clerk, By jrb

U.S. BANKRUPTCY COURT
DISTRICT OF MINNESOTA

I, Judy Brooks, hereby certify that I am judicial assistant to Gregory F. Kishel, Bankruptcy Judge for the District of Minnesota, Third Division; that on February 19, 2003, true and correct copies of the annexed:

JUDGMENT

were placed by me in individual official envelopes, with postage paid; that said envelopes were addressed individually to each of the persons, corporations, and firms at their last known addresses appearing hereinafter; that said envelopes were sealed and on the day aforesaid were placed in the United States mails at St Paul, Minnesota, to:

OFFICE OF THE U.S. TRUSTEE
1015 US. COURTHOUSE
MINNEAPOLIS, MN 55402

NOETZEL, STEVEN W
245 6TH ST STE 205
ST PAUL   MN   55101

GALE, STEVEN M
STUART E GALE LAW OFFICE
9301 BRYANT AVE S STE 101
BLOOMINGTON   MN   55420

CONN, MICHAEL C
4150 OLSON MEMORIAL HWY, STE 200
MINNEAPOLIS   MN 55422

BERGER, HEATH S
STEINBERG, FINEO, BERGER, BARONE
1001 FRANKLIN AVE, STE 302
GARDEN CITY   NY 11530


and this certificate of service was made by me.

/e/ *Judy Brooks*
Judy Brooks

Filed on Feb. 19, 2003
Patrick G. DeWane, Clerk
By jrb   Deputy Clerk